387 A.2d 108

Commonwealth v. Matherly, Appellant.

Argued December 8, 1977. Edward F. Browne, Jr., Assistant Public Defender, for appellant; John A. Kenneff, Assistant District Attorney, with him D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

387 A.2d 108

Commonwealth v. Miller, Appellant.

Argued December 7, 1977. David C. Harrison, for appellant; Arthur Lee Dixon, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.